David B. Pillemer, State Bar No. 97808
**PILLEMER & PILLEMER**
17835 Ventura Blvd., Suite 204
Encino, California 91316-3673
Phone (818) 994-4321
Fax (818) 994-3484
Email dpillemer@pillemerlaw.com

Attorneys for State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT
## U.S. DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff(s),<br><br>vs.<br><br>UNITED STATES OF AMERICA and DOES 1-10, inclusive,<br><br>    Defendant(s). | Civil No. 2:16-cv-5624 SVW (AFMx)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Judge Stephen V. Wilson<br><br>**NOTICE OF SETTLEMENT**<br><br>TRIAL DATE:  NONE SET<br>ACTION FILED:  07/28/16 |

TO THE COURT:

In accordance with the Court's Standing Order, Local Rule 16-15.7 and the instruction of the Court, Plaintiffs hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 45 days in which to file the dismissal.

DATED: June 7, 2017                    PILLEMER & PILLEMER

                                       By: _____
                                       DAVID B. PILLEMER
                                       Attorneys for Plaintiff State Farm
                                       Mutual Automobile Insurance
                                       Company

**PROOF OF SERVICE - 1013a, 2015.5 C.C.P.**

STATE OF CALIFORNIA      ]
                         ] ss.
COUNTY OF LOS ANGELES    ]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 17835 Ventura Blvd., Suite 204, Encino, California 91316-3673.

On June 8, 2017, I served the foregoing document described as **NOTICE OF SETTLEMENT** on the interested parties in Re STATE FARM V UNITED STATES OF AMERICA, Court Case No. 2:16-cv-5624 SVW (AFMx), Our Matter No. 12038.626, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Tim Lee Laske, Esq.
Office of the U.S. Attorney
300 N. Los Angeles Street, Suite 7516
Los Angeles, CA  90012-3341
Phone:     (213) 894-0805
Fax:    (213) 894-7819
Email:     tim.laske@usdoj.gov
Attorneys for Defendant

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Encino, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 8, 2017, at Encino, California.

_____
TALIA P. ZWICK

---
1
NOTICE OF SETTLEMENT