UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-05624-SVW-AFM | Date | June 9, 2017 |
|---|---|---|---|
| Title | State Farm Mutual Automobile Insurance Company v. United States Postal Service et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

The Court, having received Plaintiff's Notice of Settlement, filed June 8, 2017, vacates all previously set dates.

The Court moves the matter to the inactive calendar pending finalization of settlement. The parties shall proceed with the settlement as outlined in the notice. Should the settlement not be finalized within the designated time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

:
Initials of Preparer   PMC